# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156624

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 156624
                                COA: 338390
                                Wayne CC: 83-005317-FC

MAURICE BUNKLEY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 14, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court Chief Judge. Because defendant appears to have made a request under MCR 2.003(D)(3)(a)(i), the chief judge was required to decide the motion de novo.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018



Clerk

s0523